IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUN -1 P 4: 13

DEBRA P. HACKETT, CL[K]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05CV518-B |
| | * | IN ADMIRALTY |
| SCOTT BRIDGE COMPANY, INC., | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT FOR DECLARATORY JUDGMENT

The Complaint of American Home Assurance Company ("American Home") against Scott Bridge Company, Inc. ("Scott Bridge"), for declaratory judgment alleges as follows:

1. This is a case of admiralty and maritime jurisdiction involving a marine insurance policy and is an admiralty and maritime cause of action within the meaning of the Rule 9(h) of the *Federal Rules of Civil Procedure*.

2. Jurisdiction in this Court is founded upon 28 U.S.C. § 1333 and is an action for declaratory judgment pursuant to 28 U.S.C. § 2201 for the purposes of determining a question of actual controversy between the parties as hereinafter more fully appears.

3. At all material times, American Home was the insurer of certain barges under marine hull policies issued to Scott Bridge, a Florida Corporation with its principal place of business in Opelika, Alabama.

4. On or about June 4, 2004 and July 15, 2004, Scott Bridge submitted insurance claims to American Home in the total amount of $602,841.00 for multiple claims of damage to

five barges allegedly sustained over a period of several months in connection with said barges use in a bridge demolition project.

5. Coverage does not exist for the insurance claims submitted by Defendant based on the breach and/or nonoccurrence of the terms, conditions and warranties of the subject policies. Accordingly, an actual controversy exists as to whether Defendant is due any sums under the aforementioned policies.

WHEREFORE, American Home prays that this Court enter declaratory judgment determining the following:

1. That Scott Bridge and any other assured or loss payee are not entitled to payment under the policies for the alleged losses.

2. That the claimed losses asserted by Scott Bridge for damage to the barges are not covered under the subject policies of insurance.

3. That the amount claimed for said losses is not based on sufficient evidence.

4. That American Home is entitled to such further and different relief as this Honorable Court deems appropriate.

ROGER L. BATES (BATER8176)
BLANE H. CRUTCHFIELD (CRUTB4243)
Attorneys for Plaintiff
American Home Assurance Company

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel: (251) 432-5511
Fax: (251) 694-6375
bcrutchfield@handarendall.com

**DEFENDANT MAY BE SERVED BY CERTIFIED MAIL AS FOLLOWS:**

Scott Bridge Company, Inc.
P.O. Box 2000
Opelika, AL  36803

362392_1