AO 440 (Rev 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

AMERICAN HOME ASSURANCE COMPANY,    *
             Plaintiff,               *

vs.                                       *

SCOTT BRIDGE COMPANY, INC. ,        *
             Defendant.           *

CASE NO. _3:05CV518-B_

IN ADMIRALTY

TO:    SCOTT BRIDGE COMPANY, INC.
        P.O. Box 2000
        Opelika, AL  36803

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

        Blane H. Crutchfield, Esq.
        Hand Arendall, L.L.C.
        P. O. Box 123
        Mobile, AL  36601

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusively of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Debra P. Hackett_

CLERK

_VCarther_

BY DEPUTY CLERK

DATE _6/3/05_