AO 440 (Rev 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | June 6, 2005 |
| NAME OF SERVER (PRINT)<br>Blane H. Crutchfield | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via certified mail:
Scott Bridge Company, Inc.
P.O. Box 2000
Opelika, AL 36803

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 9, 2005            /s/ Blane H. Crutchfield
                    Date                       *Signature of Server*

                                      Hand Arendall, LLC
                                      P.O. Box 123
                                      Mobile, AL 36601

                                      *Address of Server*

362423_1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ezeu_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Ezeu_ |
| 1. Article Addressed to:<br><br>Scott Bridge Company, Inc.<br>Post Office Box 2000<br>Opelika, Alabama 36803 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:05cv518<br>STC<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0004 6036 7340 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home

# Track & Confirm

**Current Status**

You entered 7003 1680 0004 6036 7340

Your item was delivered at 8:44 am on June 06, 2005 in OPELIKA, AL 36801.

 Shipment Details >

**Notification Options**

▸ Track & Confirm by email    What is this?    Go >



**Track & Confirm**

Enter label number:

Go >

Track & Confirm FAQs    Go >

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy