IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **AMERICAN HOME ASSURANCE COMPANY,** | * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION NO. * 3:05 CV 518-DRB |
| **SCOTT BRIDGE COMPANY, INC.,** | * * |
| Defendants. | * |

## MOTION FOR MORE DEFINITE STATEMENT

COMES NOW Defendant Scott Bridge Company, Inc. ("Scott Bridge"), and moves this Court to order Plaintiff American Home Assurance Company ("American Home") to file a more definite statement of its claims against Scott Bridge pursuant to Rule 12(e).

As grounds therefor, Scott Bridge states that the Court should order American Home to file a Complaint containing a more definite statement of its alleged grounds for contesting coverage since the grounds in the Complaint are so vague and ambiguous that Scott Bridge cannot reasonably frame a responsive pleading or raise the required affirmative defenses.

WHEREFORE, Scott Bridge respectfully urges that the Court require American Home to assert its claims seeking a denial of coverage with specificity.

/s/ S. Allen Martin, Jr.
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Attorneys for Defendant Scott Bridge Company

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142

**CERTIFICATE OF SERVICE**

 I hereby certify that I have this day served an exact copy of the foregoing Motion for More Definite Statement upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Blane M. Crutchfield
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601-0123


This 21st day of June, 2005.

                /s/ S. Allen Martin, Jr.
                S. Allen Martin, Jr.