IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>    Plaintiff,    )<br>)<br>v.    )<br>)<br>SCOTT BRIDGE COMPANY, INC.,    )<br>)<br>    Defendant.    ) | CIVIL ACTION NO.<br>3:05cv518-T |

ORDER

It is ORDERED that defendant's motion for more definite statement (Doc. No. 4) is denied.

DONE, this the 27th day of June, 2005.


                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE