**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-CV-518(T) |
| | * | IN ADMIRALTY |
| SCOTT BRIDGE COMPANY, INC., | * | |
| | * | |
| Defendant. | * | |

**DISCLOSURE STATEMENT PURSUANT
TO FED.R.CIV.P. 7.1 AND LOCAL RULE 3.4**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Plaintiff American Home Assurance Company certifies that it is a wholly owned subsidiary of American International Group, Inc., a publicly held corporation.

*s/ Blane H. Crutchfield*
ROGER L. BATES (BATER8176)
BLANE H. CRUTCHFIELD (CRUTB4243)
Attorneys for Plaintiff
American Home Assurance Company

OF COUNSEL:

HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, AL 36601-0123
Tel:  (251) 432-5511
Fax:  (251) 694-6375
bcrutchfield@handarendall.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 15th day of July, 2005, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

S. Allen Martin, Jr.

                                               *s/ Blane H. Crutchfield*
                                               BLANE H. CRUTCHFIELD (CRUTB4243)

370616_1