IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **AMERICAN HOME ASSURANCE COMPANY,** | * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO. 3:05cv518-T |
| | * | |
| **SCOTT BRIDGE COMPANY, INC.,** | * * | |
| Defendant. | * | |

## CORPORATE DISCLOSURE STATEMENT OF SCOTT BRIDGE COMPANY, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff Scott Bridge Company, Inc. certifies that it is a privately held Florida corporation. Scott Bridge Company, Inc. does not have any parent companies, nor is it a subsidiary or affiliate of a publicly-owned corporation.

/s/ Stanley A. Martin
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Attorneys for Defendant
Scott Bridge Company, Inc.

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served an exact copy of the foregoing Corporate Disclosure Statement of Scott Bridge Company, Inc. upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Blane M. Crutchfield
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601-0123

This 26th day of July, 2005.

/s/ Stanley A. Martin
Stanley A. Martin