IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br>　　Plaintiff,<br><br>v.<br><br>SCOTT BRIDGE COMPANY, INC.,<br><br>　　Defendants. | *<br>*<br>*<br>*<br>*  CIVIL ACTION NO. 3:05 CV518-D<br>*<br>*<br>*<br>* |

## NOTICE OF APPEARANCE

COMES NOW Donald C. Radcliff and files this appearance as additional counsel for Defendant Scott Bridge Company, Inc.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BRADY RADCLIFF & BROWN LLP

　　　　　　　　　　　　　　　/s/Donald C. Radcliff
　　　　　　　　　　　　　　　Donald C. Radcliff (RADCD1662)
　　　　　　　　　　　　　　　Post Office Box 1668
　　　　　　　　　　　　　　　Mobile, Alabama 36633
　　　　　　　　　　　　　　　Telephone: 251-405-0077
　　　　　　　　　　　　　　　Facsimile: 251-405-0076

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of July 2005, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

Roger L. Bates: rbates@handarendall.com
Blane Horton Crutchfield: crutchfield@handarendall.com
S. Allen Martin, Jr.: amartin@stanmartinlaw.com
Stanley Allen Martin: stanmartinatty@charter.net

/s/Donald C. Radcliff