**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 11, 2005

## NOTICE OF DEFICIENCY

To:   Blane H. Crutchfield, Stalley A. Martin, D. Radcliff

From:   Clerk's Office

Case Style: American Home Assurance Co.  vs.  Scott Bridge Co., Inc.

Case Number: 3:05cv518 -T
Referenced Pleadings:  Report - Doc. No. 13

The above referenced pleading was filed on 7/29/05 in accordance with amended Federal Rules of Civil Procedure 5(a).

The referenced pleading contained the signature with "expressed permission".  Please send corrected PDF showing corrected signature on pleading.

The deficiency must be corrected within 10 days from the date of this notice.

Please submit to the Clerk's office by conventional means the original certificate of service page with your original signature.

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**