IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | 3:05cv518-T |
| | * | |
| SCOTT BRIDGE COMPANY, INC., | * | |
| | * | |
| Defendant. | * | |

## REPORT OF PARTIES PLANNING MEETING

1.    Pursuant to Fed. R. Civ. P. 26(f), the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

    Blane Crutchfield for Plaintiff;
    S. Allen Martin, Jr. for Defendant; and
    Donald C. Radcliff for Defendant.

2.    **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1), within twenty-one (21) days of the entry of the Court's Scheduling Order.

3.    **Discovery Plan.** The parties jointly propose to the Court the following discovery plan: Discovery will be needed on the following subjects: (a) Plaintiff's entitlement to deny coverage and (b) Defendant's insured losses if the Court concludes Defendant is insured for its losses.

All discovery commenced in time to be completed by April 28, 2006.

Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by Plaintiff and 10 depositions by Defendant.

Each deposition limited to maximum of 8 hours, unless extended by agreement of the parties.

To the extent applicable, reports retained from experts under Rule 26(a)(2) are due from Plaintiff by December 30, 2005 and from Defendant by December 30, 2005. Rebuttal expert reports are due 14 days after receipt of the opposing expert report.

Supplementations due within 14 days after any party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to other parties in the discovery process or in writing.

4.     **Other Items.**

The parties are of the opinion that a conference with the Court, unless the Court would prefer to have such a conference in chambers, by telephone, or otherwise, will not be needed prior to the entry of the Scheduling Order.

Any motions to amend the pleadings or to join additional parties should be filed within forty-five (45) days of the entry of the Court's Scheduling Order.

All potentially dispositive motions should be filed no later than February 28, 2006.

Settlement may be enhanced by the use of mediation.

The parties request a pretrial hearing in May 2006.

Final lists of witnesses, exhibits and deposition excerpts under Rule 26(a)(3) shall be due from Plaintiff and Defendant thirty (30) days prior to trial.

The parties shall have ten (10) days after service of final lists of witnesses, exhibits, and deposition excerpts to make objections under Rule 26(a)(3).

The case should be ready for trial in Opelika, Alabama on June 26, 2006, and at this time is expected to take approximately 3 days to try.

2

Respectfully submitted this 29th day of July, 2005.

By: /s/ Donald C. Radcliff
Donald C. Radcliff (RADCD1662)
BRADY RADCLIFF & BROWN LLP
Post Office Box 1668
Mobile, Alabama 36633
Telephone: 251-405-0077
Facsimile: 251-405-0076

And

Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Post Office Box 2526
Opelika, Alabama 36803-2526
334-749-4142
Attorneys for Defendant Scott Bridge Company


By: /s/ Blane H. Crutchfield
Blane M. Crutchfield (CRUTB4283)
Hand Arendall, LLC
Post Office Box 123
Mobile, AL 36601-0123
251-432-5511
Attorney for Plaintiff