IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION NO.:  3:05cv518-T * |
| SCOTT BRIDGE COMPANY, INC., | * * |
| Defendant. | * |

**JOINT MOTION TO EXTEND THE DEADLINE
FOR DISCLOSURE OF EXPERT TESTIMONY**

The parties jointly move the Court to extend the deadline for making expert disclosures pursuant to this Court's Uniform Scheduling Order for a period of fourteen (14) days, or up to and including January 13, 2006.  As grounds, the parties show as follows:

1.Pursuant to Section 8 of this Court's Uniform Scheduling Order, both the plaintiff and defendant are required to make expert disclosures as required by Rule 26(a)(2) of the Federal Rules of Procedure on or before December 30, 2005.

2.The parties have heretofore diligently pursued discovery and complied with the requirements of the Uniform Scheduling Order.  As a result of the intervening holidays and conflicts in the work schedules of undersigned counsel and retained experts, however, additional time is needed to comply fully with the requirements of Rule 26(a)(2).

3. The parties submit that the requested extension will not cause any delay in the progress of this case or otherwise impede the parties ability to comply with the remaining deadlines set forth in the Uniform Scheduling Order.

WHEREFORE, the premises considered, the parties jointly move for an extension of fourteen (14) days, up to and including January 13, 2006 within which to disclose expert testimony as required under Section 8 of this Court's Uniform Scheduling Order and Rule 26(a)(2) of the Federal Rules of Civil Procedure.

/s/ Blane H. Crutchfield
ROGER L. BATES (BATER8176)
BLANE H. CRUTCHFIELD (CRUTB4243)
Attorneys for Plaintiff
American Home Assurance Company
HAND ARENDALL, L.L.C.
P.O. Box 123
Mobile, AL 36601-0123
(251) 432-5511
(251) 694-6375


/s/ Donald Radcliff
DONALD RADCLIFF (RADCD1662)
Brady Radcliff & Brown LLP
1600 SouthTrust Bank Building
61 St. Joseph Street
Mobile, AL 36602
Attorneys for Defendant Scott Bridge
Company, Inc.


/s/ Stanley A. Martin
STANLEY A. MARTIN (MAR049)
S. ALLEN MARTIN, JR. (MAR149)
Post Office Box 2526
Opelika, AL  36803-2526
Attorneys for Defendant Scott Bridge
Company, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this 27th day of December, 2005, served a copy of the foregoing pleading on counsel of record for all parties to this proceeding, by placing same in the United States mail, properly addressed and first class postage prepaid.

| | |
|---|---|
| S. Allen Martin, Jr.<br>Stanley A. Martin<br>400 Second Ave<br>P O Box 2526<br>Opelika, AL 36803-2526 | Donald Radcliff<br>Brady Radcliff & Brown LLP<br>P O Box 1668<br>Mobile, AL 36602 |

/s/ Blane H. Crutchfield
BLANE H. CRUTCHFIELD

newimanagemob_420161_1