IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv518-T |
| SCOTT BRIDGE COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the parties' joint motion for extension of time for disclosure of expert testimony (Doc. No. 17) is granted.

DONE, this the 28th day of December, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE