### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-CV-518(T) |
| | * | IN ADMIRALTY |
| SCOTT BRIDGE COMPANY, INC., | * | |
| | * | |
| Defendant. | * | |

### MOTION TO AMEND SCHEDULING ORDER

The parties jointly move the Court to amend the pretrial scheduling order in this matter to extend the date for completion of discovery until May 31, 2006. As grounds, the parties show as follows:

1. Pursuant to this Court's Pretrial Scheduling Order, all discovery is to be completed in this case on or before April 28, 2006.

2. The parties have diligently pursued discovery in this matter and have recently scheduled a final round of depositions in Opelika, Alabama on April 25 and 26, 2006.

3. The parties also desire to voluntarily mediate this case prior to incurring significant costs in conducting the aforesaid depositions. The witnesses to be deposed will have to travel to Opelika, as will counsel for both parties. One of the witnesses to be deposed is Plaintiff's expert who will be required to travel from Jacksonville, Florida at substantial expense.

4. Despite their best efforts, the parties have not been able to retain a mediator and schedule mediation prior to the scheduled depositions. The parties anticipate, however, that with

the requested additional time, they can make satisfactory arrangements to schedule and conduct the mediation so as to potentially avoid the cost of additional discovery.

5. The parties submit that the requested extension will not result in a delay of any other pretrial matters or the trial of this case.

WHEREFORE, the premises considered, the parties jointly move the Court to amend the pretrial scheduling order to extend the time for completion of discovery up to and including May 31, 2006.

/s/ Blane H. Crutchfield
ROGER L. BATES (BATER8176)
BLANE H. CRUTCHFIELD (CRUTB4243)
Attorneys for Plaintiff
American Home Assurance Company
HAND ARENDALL, L.L.C.
P.O. Box 123
Mobile, AL 36601-0123
(251) 432-5511
(251) 694-6375


/s/ Donald Radcliff
DONALD RADCLIFF (RADCD1662)
Brady Radcliff & Brown LLP
1600 SouthTrust Bank Building
61 St. Joseph Street
Mobile, AL 36602
Attorneys for Defendant Scott Bridge Company, Inc.


/s/ Stanley A. Martin
STANLEY A. MARTIN (MAR049)
S. ALLEN MARTIN, JR. (MAR149)
Post Office Box 2526
Opelika, AL  36803-2526
Attorneys for Defendant Scott Bridge Company, Inc.