IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv518-T |
| SCOTT BRIDGE COMPANY, INC., | ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to amend scheduling order (Doc. No. 20) is granted.

(2) The discovery deadline is extended to May 31, 2006.

DONE, this the 20th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE