### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, * <br> * <br> Plaintiff, * <br> * <br> vs. * <br> * <br> SCOTT BRIDGE COMPANY, INC., * <br> * <br> Defendant. * | CASE NO. 3:05-CV-518(T) <br> IN ADMIRALTY |

## MOTION TO AMEND SCHEDULING ORDER

The parties jointly move the Court to amend the Pretrial Scheduling Order in this matter to extend the date for completion of discovery until June 21, 2006. As grounds, the parties show as follows:

1.    Pursuant to this Court's Amended Scheduling Order, the discovery period was extended until May 31, 2006. The purpose of the extension was so that the parties could mediate the case and complete scheduled depositions.

2.    The parties mediated this case on May 17, 2006. Although the case was not settled at mediation, the parties are continuing to negotiate a possible settlement.

3.    The parties also scheduled the depositions of three witnesses. Chuck Davis, a Scott Bridge employee, was scheduled for May 24, 2006. Robert Bruce, a representative of Plaintiff and Robert Byrd, Plaintiff's expert, were scheduled to be deposed on May 25, 2006. All three depositions were scheduled to be taken in Opelika, Alabama.

4.    On May 22, 2006, the parties were advised that there had been a death in the family of Robert Bruce and that he would be traveling out of state and would be unavailable until after the May 31, 2006 cutoff date.

5.    In order to avoid the cost of traveling to Opelika, Alabama, the parties decided to reschedule the deposition of Chuck Davis for a mutually convenient date when Robert Bruce could also be deposed. The parties agreed to take Robert Byrd's deposition in Mobile. Mr. Byrd was deposed on May 25, 2006.

6.    It will not be possible to reschedule the deposition of Mr. Bruce and Mr. Davis before the May 31, 2006 discovery completion date. Accordingly, the parties request an extension of twenty-one (21) days so that these depositions can be rescheduled at a mutually convenient time.

WHEREFORE the premises considered, the parties jointly move the Court to amend the Pretrial Scheduling Order to extend time for the completion of discovery up to and including June 21, 2006.

/s/ Blane H. Crutchfield
ROGER L. BATES (BATER8176)
BLANE H. CRUTCHFIELD (CRUTB4243)
Attorneys for Plaintiff
American Home Assurance Company
HAND ARENDALL, L.L.C.
P.O. Box 123
Mobile, AL 36601-0123
(251) 432-5511
(251) 694-6375

/s/ Donald Radcliff
DONALD RADCLIFF (RADCD1662)
Brady Radcliff & Brown LLP
1600 SouthTrust Bank Building
61 St. Joseph Street
Mobile, AL 36602
Attorneys for Defendant Scott Bridge Company, Inc.


/s/ Stanley A. Martin
STANLEY A. MARTIN (MAR049)
S. ALLEN MARTIN, JR. (MAR149)
Post Office Box 2526
Opelika, AL  36803-2526
Attorneys for Defendant Scott Bridge Company, Inc.