IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


AMERICAN HOME ASSURANCE )
COMPANY, )
  )
    Plaintiff, )
  )     CIVIL ACTION NO.
    v. )     3:05cv518-MHT
  )
SCOTT BRIDGE COMPANY, )
INC., )
  )
    Defendant. )

ORDER

It is ORDERED that the motion amend (Doc. No. 22) is

granted.

DONE, this the 31st day of May, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE