### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-CV-518(T) |
| | * | IN ADMIRALTY |
| SCOTT BRIDGE COMPANY, INC., | * | |
| | * | |
| Defendant. | * | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, American Home Assurance Company, and Defendant, Scott Bridge Company, Inc., hereby stipulate for the dismissal of this action, **with prejudice**, each party to bear its own costs.

/s/ Blane H. Crutchfield
BLANE H. CRUTCHFIELD (CRU007)
Attorneys for Defendant Scott Bridge Company
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

/s/ Donald Racdliff
DONALD RADCLIFF (RADCD1662)
Brady Radcliff & Brown LLP
1600 SouthTrust Bank Building
61 St. Joseph Street
Mobile, AL 36602
Attorneys for Defendant Scott Bridge Company, Inc.

2

*/s/ Stanley A. Martin*
STANLEY A. MARTIN (MAR049)
S. ALLEN MARTIN, JR. (MAR149)
Post Office Box 2526
Opelika, AL  36803-2526
Attorneys for Defendant Scott Bridge Company, Inc.

499055_1