## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  American Home Assurance Company v. Scott Bridge Company, Inc.

Case Number:   3:05-cv-00518-MHT

Referenced Docket Entry - ***JOINT Motion to Dismiss - Doc. No. 26

The referenced docket entry was filed electronically in ERROR on ***August 7, 2006*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this should have been filed as a Joint Stipulation of Dismissal; not Joint Motion to Dismiss. Please DISREGARD this docket entry. See correction.